UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GARY DENHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL DISTRIBUTION SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 18cv1495-LAB-MDD<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXCUSE OUT-OF-STATE INDIVIDUALS FROM ATTENDING ENE CONFERENCE**<br><br>(ECF No. 43) |

On August 29, 2019, Defendants Lead Driver LLC, Employee Retention Services, LLC, Neighborhood Garage Door Services, Inc., Peter James Stephens, Jr., Jason Romszewski, and Kyoung Lee moved the Court to excuse the personal appearances of Peter James Stephens, Jr. ("Stephens") and Kyoung Lee ("Lee") from attending the Early Neutral Evaluation conference ("ENE") set for September 11, 2019. (ECF No. 43). The motion is unopposed. (*See* Docket). Civil Local Rule 16.1.c.1.c provides that "[a]ttendance may be excused only for good cause shown and by permission of the court." S.D. Cal. Civ. L.R. 16.1.c.1.c. The Court finds good cause to excuse Defendants

Stephens and Lee from personally appearing at the ENE. Stephens and Lee live in Texas and are not involved in the day-to-day operation of any of the named entities. (*See* ECF No. 43 at 2). Further, the "entity defendants will be responsible for any settlement should one be reached." (*Id.* at 2). The Chief Financial Officer of Lead Driver, LLC, Employee Retention Services, LLC, Neighborhood Garage Door Services, Inc., and Jason Romzewski will personally appear. (*Id.*). Accordingly, Defendants' unopposed motion is **GRANTED**.

**IT IS SO ORDERED**.

Dated: September 4, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge