Todd Slobin (admitted *PHV*)
tslobin@eeoc.net
Ricardo J. Prieto (admitted *PHV*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

Melinda Arbuckle (SBN 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
402 West Broadway, Suite 400
San Diego, California 92101
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

*Counsel for Plaintiff, Ryan Gary Denham, and Proposed Class and Collective Action Members*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN GARY DENHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL DISTRIBUTION SERVICES, INC. d/b/a AMERICA'S ALLIANCE d/b/a AMERICA'S CHOICE GARAGE DOOR SERVICE;<br>GLOBAL DEVELOPMENT STRATEGIES, INC.;<br>LEAD DRIVER, LLC;<br>EMPLOYEE RETENTION SERVICES, LLC;<br>NEIGHBORHOOD GARAGE DOOR SERVICES, INC.;<br>PETER JAMES STEPHENS, JR.;<br>JASON ROMSZEWSKI; and<br>KYOUNG LEE,<br><br>Defendants. | **Case No. 3:18-cv-01495-LAB-MDD**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT**<br><br>Judge:         Hon. Larry A. Burns<br>Mag. Judge: Hon. Mitchell D. Dembin<br>Courtroom: 14A<br>Date:           October 26, 2020<br>Time:           11:30 a.m. |

**PLEASE TAKE NOTICE** that on October 26, 2020 at 11:30 a.m. in Courtroom 14A of this Court, located at the James M. Carter and Judith N. Keep United States Courthouse, 33 West Broadway; San Diego, CA 92101, 14th Floor, Plaintiff Ryan Gary Denham ("Denham"), on behalf of himself and all others similarly situated, will, and hereby does, move this Court to enter an order approving the attached proposed FLSA Settlement Agreement, and approve all related settlement notices and documents.

Plaintiff bases his Motion on this Notice of Motion, the contemporaneously filed Memorandum in Support of Motion for Approval of FLSA Settlement, any declaration(s) filed herewith, the documents and pleadings on file in this action, and any other evidence that may be presented at the time the Court hears this Motion.

Dated: September 8, 2020

Respectfully submitted,

By:  *s/Melinda Arbuckle*
Melinda Arbuckle

**SHELLIST | LAZARZ | SLOBIN LLP**

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
402 West Broadway, Suite 400
San Diego, California 92101
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

Todd Slobin (admitted *Pro Hac Vice*)
tslobin@eeoc.net
Ricardo J. Prieto (admitted *Pro Hac Vice*)
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiffs and Proposed Class and FLSA Collective Action Member*