

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Ryan Gary Denham, on behalf of himself
and all other similarly situated

**Civil Action No.** 18-cv-01495-LAB-MDD

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court enters final judgment in this case. This action is DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement.

**Date:** _____8/31/21_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Rinehart
_____
J. Rinehart, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>18cv01495-LAB-MDD</u>

Global Distribution Services, Inc., doing business as America's Alliance, doing business as America's Choice Garage Door Service; Global Development Strategies, Inc.; Lead Driver, LLC; Employee Retention Services, LLC; Neighborhood Garage Door Services, Inc.; Peter James Stephens, Jr.; Jason Romszewski; Kyoung Lee